# UNITED STATES DISTRICT COURT

for the
District of South Dakota

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 5:17-mj-28
The property located at ▆▆▆▆▆▆ Hot Springs, South Dakota, a grey in )
color with darker trim, single-wide trailer, and to search any persons and vehicles )
on the property as well as the content of any computers and )
electronic storage devices )

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of ____South Dakota____
*(identify the person or describe the property to be searched and give its location)*:
The property located at ▆▆▆▆▆▆▆, Hot Springs, South Dakota, a grey in color with darker trim, single-wide trailer and to search any persons and vehicles on the property as well as the content of any computers and electronic storage devices

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

evidence of a crime

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before *March 28, 2017*
*(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m. ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
Daneta Wollmann _____.
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.

☐ until, the facts justifying, the later specific date of _____.

Date and time issued: _3-14-17_ _2:31 pm_ ___*Daneta Wollmann*___
*Judge's signature*

City and state: Rapid City, SD _____ Daneta Wollmann, U.S. Magistrate Judge
*Printed name and title*

| *Return* | | |
|---|---|---|
| *Case No.:* 5:17-mj-28 | *Date and time warrant executed:* | *Copy of warrant and inventory left with:* |

*Inventory made in the presence of :*

*Inventory of the property taken and name of any person(s) seized:*

*Certification*

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*